

FILED
03/16/2021
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:  DM  DEPUTY

# *Memorandum*



| | |
|---|---|
| Subject:    2:21-cr-00121 -MWF<br>United States v. COREY CATO | Date:<br>March 15, 2021 |
| To:<br>KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | From:<br>ALEXANDER B. SCHWAB<br>Assistant United States Attorney<br>Criminal Division |

The above-referenced matter, being filed on March 15, 2021,

- Relates to (1) a matter pending in the General Crimes Section of the USAO at any time between January 12, 2012, and April 30, 2015, the dates spanning the date when Rozella Oliver became a Deputy Chief of the General Crimes Section of the USAO, and subsequently, Chief of the General Crimes Section of the USAO, and the date when she resigned her appointment in the USAO; or (2) a matter in which Rozella Oliver was personally involved or on which she was personally consulted while employed in the USAO; or (3) a matter in which former Assistant United States Attorney Evan Davis is or has been personally involved, or a matter on which he has personally consulted while employed in the USAO.

- May relate to a matter in which any AUSA consulted directly with Patricia Donahue between April 2018 and April 2020, the time period during which she served as Chief of Trials, Integrity, and Professionalism.

*/s/ Alexander B. Schwab*
ALEXANDER B. SCHWAB
Assistant United States Attorney