FILED
CLERK, U.S. DISTRICT COURT

03/16/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DM_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>LEAH STERLING,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR No. 2:21-cr-00121 -MWF<br><br>**NOTICE TO COURT OF RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 21-01) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to United States v. Armstrong, Case No. CR 17-505(A)-RGK, which:

   __x__      was previously assigned to the Honorable R. Gary Klausner;

   _____      has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __x__      the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____      the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):  The charged offense concerns the alleged laundering of property that was ordered to be forfeited in United States v. Armstrong, No. CR 17-505(A)-RGK.

Dated: March 15, 2021

ALEXANDER B. SCHWAB
Assistant United States Attorney