TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1259
    Facsimile: (213) 894-0141
    E-mail:    alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

02/10/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___smom___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-121-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION TO UNSEAL CASE; DECLARATION OF ALEXANDER B. SCHWAB |
| v. | |
| LEAH STERLING, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander B. Schwab, applies ex parte for an order unsealing this case.

//

//

This ex parte application is based on the attached declaration of Assistant United States Attorney Alexander B. Schwab.

Dated: February 10, 2022          Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                          /s/
                                  _____
                                  ALEXANDER B. SCHWAB
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

## DECLARATION OF ALEXANDER B. SCHWAB

I, Alexander B. Schwab, declare as follows:

1.   I am an Assistant United States Attorney in the Central District of California and represent the government in United States v. Leah Sterling, No. CR 21-121-MWF.

2.   On March 16, 2021, the government filed an information and plea agreement for defendant Leah Sterling, along with an application seeking to have the information and any related documents be sealed until the filing of a report commencing criminal action.  However, because defendant made her appearance on a summons rather than an arrest, it appears no such report was filed.

3.   As of today, the docket for the case remains under seal. However, at this point, I am aware of no affirmative reason to keep the docket for this case under seal.

4.   I have communicated with Kenneth Reed, counsel for defendant, who does not oppose unsealing the docket.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed in Palm Desert, California, on February 10, 2022.


*/s/ - Alexander B. Schwab*
ALEXANDER B. SCHWAB